# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| LYNANNE WARE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| RELIAS, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 01/31/2025

/s/ Scott C. Harris
*Attorney's signature*

Scott C. Harris
*Printed name and bar number*

Milberg Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan St.
Raleigh, NC 27603
*Address*

sharris@milberg.com
*E-mail address*

919-600-5003
*Telephone number*

919-600-5035
*FAX number*